# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 13, 2020

Mr. Marc Etienne Angelucci
P.O. Box 6414
Crestline, CA 92325

Mr. Michael J. Gerardi
U.S. Department of Justice
20 Massachusetts Avenue, N.W.
Washington, DC 20530-0000

Mr. Lawrence John Joseph
1250 Connecticut Avenue, N.W.
Suite 700-1A
Washington, DC 20036

Mr. Andre Segura
American Civil Liberties Union of Texas
5225 Katy Freeway
Suite 350
Houston, TX 77007

Mr. Benjamin M. Shultz
Mr. Mark Bernard Stern
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Room 7211
Washington, DC 20530

    No. 19-20272    National Coalition for Men, et al v.
                            Selective Service System, et al
                            USDC No. 4:16-CV-3362

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Christina Gardner
Christina A. Gardner, Deputy Clerk
504-310-7684

Case No. 19-20272

NATIONAL COALITION FOR MEN; JAMES LESMEISTER, Individually and on behalf of others similarly situated; ANTHONY DAVIS,

        Plaintiffs - Appellees

v.

SELECTIVE SERVICE SYSTEM; DONALD BENTON, as Director of Selective Service System,

        Defendants - Appellants